UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARQUEZ<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　　　　　　　　Defendants. | Case No.: 18-CV-00434-CAB-NLS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>[Doc. No. 45] |

On August 2, 2019, this Court granted Defendant United States' motion to dismiss the FTCA claim for lack of subject matter jurisdiction, and Defendant United States was dismissed with prejudice. [Doc. No. 38.] In August 2, 2019 Order, the Court noted that the only claims that now remain in the case are the Eighth Amendment claims against John Doe #1, John Doe #2 and Jane Doe #1, and gave Plaintiff until September 30, 2019, to identify the Doe defendants and file a motion to amend the complaint to name the identified Doe defendants. [Doc. No. 38 at 9.]

On September 25, 2019, Plaintiff filed a Request for Extension of Time, requesting additional time to identify the Doe defendants. [Doc. No. 41.] On September 30, 2019, this Court granted Plaintiff's request and gave Plaintiff until November 29, 2019 to file a motion to amend the complaint to name the identified Doe defendants. [Doc. No. 42.]

1

On November 29, 2019, Plaintiff filed a motion for leave to file an amended complaint. [Doc. No. 45.] In the motion, Plaintiff states that he has now identified John Doe #1 as C. Rodriguez. He requests that the other Doe defendants be dismissed and that he be granted leave to file an amended complaint adding C. Rodriguez as a defendant. Plaintiff's motion is **GRANTED**. Plaintiff shall file a First Amended Complaint adding C. Rodriguez as a defendant no later than **January 10, 2020**. All other Doe defendants are **HEREBY DISMISSED WITHOUT PREJUDICE**.

Plaintiff is reminded that his First Amended Complaint must be complete in itself without reference to his original pleading. Defendants not named and any claims not re-alleged in the First Amended Complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.")

**IT IS SO ORDERED.**

Dated: December 12, 2019

Hon. Cathy Ann Bencivengo
United States District Judge