ROBERT S. BREWER, JR.
United States Attorney
George V. Manahan
Assistant U.S. Attorney
California Bar No. 239130
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7607
Fax: (619) 546-7751
Email: George.manahan@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARQUEZ, | Case No.: 3:18-cv-00434-CAB-NLS |
| Plaintiff, | **DEFENDANT RODRIGUEZ'S AND KELLY'S NOTICE OF APPEAL** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

Defendants L. Kelly and C. Rodriguez appeal to the United States Court of Appeals for the Ninth Circuit from the Order denying their motion to dismiss the *Bivens* claims against them based on qualified immunity/lack of a *Bivens* remedy (ECF # 68) entered on July 6, 2021.

DATED:    September 7, 2021            Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/ *George Manahan*
George V. Manahan
Assistant United States Attorney
Attorneys for defendants Rodriguez & Kelly

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendants. | Case No.: 3:18-cv-00434-CAB-NLS<br><br>**PROOF OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, George V. Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing:

　　DEFENDANT RODRIGUEZ'S AND KELLY'S NOTICE OF APPEAL

By U.S. Mail addressed to:

Steve Marquez
BI-7401
Mule Creek State Prison
PO Box 409040
Ione, CA 95640

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2021.

　　　　　　　　　　　　　　　　　　s/ *George Manahan*
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney George Manahan
　　　　　　　　　　　　　　　　　　Email: george.manahan@usdoj.gov
　　　　　　　　　　　　　　　　　　Attorney for United States